UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN MCDONALD,

   Plaintiff,

-vs-  CASE NO.: 3:17-CV-00768-MCR-EMT

DIRECTV, LLC,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Kevin McDonald, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Scott Markowitz, Demahy, Labrador, Drake, Victor, Rojas & Cabeza, 6400 N. Andrews Avenue, Suite 210, Ft. Lauderdale, FL 33309 (smarkowitz@dldlawyers.com).

    /s/Frank H. Kerney, III, Esquire
    Frank H. Kerney, III, Esquire
    Florida Bar #: 88672
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 North Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile:  (813) 223-5402
    fkerney@forthepeople.com
    jkneeland@forthepeople.com
    snazario@forthepeople.com
    Counsel for Plaintiff