UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN MCDONALD,

   Plaintiff,

-vs-                                             CASE NO.: 3:17-CV-00768-MCR-EMT

DIRECTV, LLC,

   Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Kevin McDonald, and the Defendant, Directv, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 12th day of March, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Scott Markowitz, Esquire* |
| Frank H. Kerney, III, Esquire | Scott Markowitz, Esquire |
| Florida Bar #: 88672 | Florida Bar#: 016608 |
| Morgan & Morgan, Tampa, P.A. | Demahy Labrador Drake |
| One Tampa City Center |   Victor Rojas & Cabeza |
| 201 North Franklin Street, 7th Floor | 6400 N. Andrews Avenue, Suite 210 |
| Tampa, FL 33602 | Ft. Lauderdale, FL 33309 |
| Telephone: (813) 223-5505 | Telephone: (954) 229-9951 |
| Facsimile: (813) 223-5402 | Facsimile: (954) 229-9778 |
| fkerney@forthepeople.com | smarkowitz@dldlawyers.com |
| jkneeland@forthepeople.com | Attorney for Defendant |
| snazario@forthepeople.com | |
| Counsel for Plaintiff | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Scott Markowitz, Demahy, Labrador, Drake, Victor, Rojas & Cabeza, 6400 N. Andrews Avenue, Suite 210, Ft. Lauderdale, FL 33309 (smarkowitz@dldlawyers.com).

> /s/Frank H. Kerney, III, Esquire
> Frank H. Kerney, III, Esquire
> Counsel for Plaintiff